*RAYMOND P. HAYDEN (RH-5733)*
*JAMES A. SAVILLE, JR. (JS-4835)*
*KIPP C. LELAND (KL-0932)*
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Energizer S.A.

45 Broadway
Suite 1500
New York, New York 10006
(212) 669-0600

**07 CIV 7406**

**JUDGE SWAIN**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ENERGIZER S.A.,                                     :     Docket No. 07 cv ____ ( )

               Plaintiff,                         :

      - Against -                                     :

M/V YM GREEN her engines, boilers and     :
tackle *in rem*; YANG MING MARINE          :
TRANSPORT CORP.; YANGMING (UK) LTD.;   :
ALL OCEANS TRANSPORTATION INC.;          :
KAWASAKI KISEN KAISHA LTD.; CONTERM  :     **RULE 7.1 STATEMENT**
HONG KONG LTD.; VANGUARD LOGISTICS    :
SERVICES HONG KONG LTD.;                    :
FIEGE GOTH CO., LTD.; and SHENZHEN HIGH :
POWER TECHNOLOGY CO. LTD.                 :

               Defendants.                        :
------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiffs (private, non-governmental parties) certifies that the following are

1

corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

Energizer S.A. is a subsidiary of Energizer Holdings, Inc., which is publicly traded on the New York Stock Exchange (NYSE:ENR).

Dated: New York, New York
       August 20, 2007

                HILL, RIVKINS & HAYDEN LLP
                Attorneys for Plaintiff

                Raymond P. Hayden (RH-5733)
                James A. Saville, Jr. (JS-4835)
                Kipp C. Leland (KL-0932)
                45 Broadway
                Suite 1500
                New York, New York 10006
                (212) 669-0600

29509\Rule 7.1 Statement