UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENERGIZER S.A.;
                Plaintiff,

-V-

M/V YM GREEN her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANG MING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO.; LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 7406 (LTS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**30th day of August, 2007**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8605 9883 5636**

*[signature]*
CLERK

Dated: New York, NY

Mr. J. Michael McMahon, Clerk of the Court
United States District Court for the Southern District of New York
Thursday, August 30, 2007
Page 2 of 2

        **FIEGE GOTH CO., LTD.**
        Room A-B, 22/F, T.S.T.,
        Kln., Hong Kong

We enclose Fedex document envelopes and fully filled out waybills bearing our firm's Fedex account number (for payment of all freight) for delivery to the above-listed defendants.

Should you have any questions, please do not hesitate to contact the undersigned.

---

**FedEx Express International Air Waybill** — For FedEx services worldwide.

/0024/0025/0035620117/8

**1 From**
Date: 08/30/07
Sender's FedEx Account Number: 0100-5849-0
Sender's Name: Kipp C. Leland
Phone: 212 669-0600
Company: HILL RIVKINS & HAYDEN LLP
Address: 45 BROADWAY FL 15
City: NEW YORK
State/Province: NY
Country: US
ZIP/Postal Code: 100063793

**2 To**
Company: FIEGE GOTH CO., LTD.
Address: Room A-B, 22/F, T.S.T.,
City: Hong Kong
State/Province: Kln
Country: Republic of China

**3 Shipment Information**
Total Packages: 1
Commodity Description: Business Documents
Total Value for Customs: US 1.00

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**7a Payment** Bill transportation charges to:
[X] Sender Acct. No. in Section 1 will be billed.

**7b Payment** Bill duties and taxes to:
[X] Sender Acct. No. in Section 1 will be billed.

**8 Your Internal Billing Reference**
29509/RPH/JAS/KOL

FedEx Tracking Number: 8605 9883 5636