Mr. J. Michael McMahon, Clerk of the Court
United States District Court for the Southern District of New York
Thursday, August 30, 2007
Page 2 of 2

**FIEGE GOTH CO., LTD.**
Room A-B, 22/F, T.S.T.,
Kln., Hong Kong

We enclose Fedex document envelopes and fully filled out waybills bearing our firm's Fedex account number (for payment of all freight) for delivery to the above-listed defendants.

---

**FedEx Express — International Air Waybill**    /0025/0025/0035620117/6

**1 From**
Date: 08/30/07
Sender's FedEx Account Number: 0100-5849-0
Sender's Name: Kipp C. Leland
Phone: 212 669-0600
Company: HILL RIVKINS & HAYDEN LLP
Address: 45 BROADWAY FL 15
City: NEW YORK    State/Province: NY
Country: US    ZIP/Postal Code: 100063793

**2 To**
Company: YANGMING (UK) LTD.
Address: Valentines House, Second Floor
Address: 51-69 Ilford Hill Essex
City: United Kingdom    State/Province: 1G1 2DG
Country: England

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**7a Payment** Bill transportation charges to:
[X] Sender

**7b Payment** Bill duties and taxes to:
[X] Sender

**8 Your Internal Billing Reference**
29509/RPH/JAS/KCL

**Commodity Description:** Business Documents
**Total Value for Carriage:** US 1.00

**FedEx Tracking Number:** 8605 9883 5647

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGIZER S.A.;<br>Plaintiff,<br><br>-V-<br><br>M/V YM GREEN her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANG MING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO.; LTD .; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7406 (LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of August, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 20th day of August, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8605 9883 5647

CLERK

Dated: New York, NY