J. Michael McMahon, Clerk of the Court
United States District Court for the Southern District of New York
Thursday, August 30, 2007
Page 2 of 2

**FIEGE GOTH CO., LTD.**
Room A-B, 22/F, T.S.T.,
Kln., Hong Kong

We enclose Fedex document envelopes and fully filled out waybills bearing our firm's Fedex account number (for payment of all freight) for delivery to the above-listed defendants.

---

**FedEx Express — International Air Waybill** — /0009/0100/0031877483/4 — Sender's C[opy]

**1. From**
- Date: 08/30/07
- Sender's FedEx Account Number: 0100-5849-0
- Sender's Name: Kipp C. Leland
- Phone: 212 669-0600
- Company: HILL RIVKINS & HAYDEN LLP
- Address: 45 BROADWAY FL 15
- City: NEW YORK
- State/Province: NY
- Country: USA
- ZIP/Postal Code: 100063793

**2. To**
- Recipient's Name:
- Phone:
- Company: ALL OCEANS TRANSPORTATION INC.
- Address: 271 Ming-De 1st Road
- City: Chidu Keelung
- Country: Taiwan
- ZIP/Postal Code: 206

**3. Shipment Information**
- Total Packages: 1
- Commodity Description: Business documents
- Total Value for Customs: US 1.00

**4. Express Package Service**
- [x] FedEx Intl. Priority

**5. Packaging**
- [x] FedEx Envelope

**6. Special Handling**

**7a. Payment Bill transportation charges to:**
- [x] Sender Acct. No. in Section 1 will be billed.

**7b. Payment Bill duties and taxes to:**
- [x] Sender Acct. No. in Section 1 will be billed.

**8. Your Internal Billing Reference:** 29509/RPH/JAS/KCL

**9. Required Signature** — Sender's Signature: [signed]

FedEx Tracking Number: 8546 7447 5926

Form ID No. 0402

500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGIZER S.A.;<br>　　　　　　　　Plaintiff,<br><br>-V-<br><br>M/V YM GREEN her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANG MING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO.; LTD .; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.<br>　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7406 (LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of August, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 20th day of August, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8546 7447 5926

*J. Michael McMahon*
CLERK

Dated: New York, NY