# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 13 2007

November 12, 2007

BY FAX 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do not fax such certification to Chambers.

RE:   Energizer S.A. v. M/V YM GREEN et al.
      Docket No.: 07cv7406(LTS)(GWG)
      Our File No.: 29509-RPH/JAS/KCL

Dear Judge Swain:

We represent plaintiff in connection with the captioned action and write to request that the conference currently scheduled for Friday, November 30, 2007, be adjourned for forty-five (45) days. All parties who have appeared before the Court join in this request.

All defendants have been served in this action and all but one has retained counsel. To date, one defendant has answered the complaint. However, most defendants were served abroad and are not be required to file an answer to the complaint prior to the November 30, conference. Accordingly, we request a 45 day adjournment in order to allow the defendants time to file a responsive pleading and obtain the relevant files from their respective clients. This is our first such request to the Court.

We thank the Court for its attention to the foregoing.

*The conference is adjourned to January 24, 2008, at 4:00PM.*

**SO ORDERED.**

/s/ Laura Taylor Swain   11/13/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

/s/ Raymond P. Hayden
Raymond P. Hayden

Copies ~~mailed~~ faxed to P/A Counsel 11-13-07
Chambers of Judge Swain

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 858-0303; Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: billrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910 Fax: (916) 859-4911

CC:   BY FAX 212 344-7285
      Paul Keane
      Cichanowicz Callan Keane Vengrow & Textor LLP
      Counsel for Yang Ming Marine Transport Corp.
      and Yangming (UK) Ltd.
      61 Broadway, Suite 3000
      New York, New York 10006

      BY FAX 212-385-1605
      Ed Keane
      Mahoney & Keane
      Counsel for Kawasaki Kisen Kaisha Ltd.
      111 Broadway, 10th Floor
      New York, New York 10006

      BY FAX 212-889-1288
      Pete Zambito
      Dougherty Ryan Giuffra Zambito & Hession
      Counsel for Conterm Hong Kong Ltd. and
      Vanguard Logistics Services Hong Kong Ltd.
      313 E. 38th Street
      New York, New York 10016

      BY FAX 212-490-6070
      Patrick Lennon
      Lennon Murphy & Lennon
      Counsel for Fiege Goth Co. Ltd.
      The Greybar Building
      420 Lexington Ave
      Suite 300
      New York, New York 10170

      BY FAX 212-785-5055
      William Kardaras
      Kardaras & Kelleher
      Counsel for Shenzhen High Power Technology Co. Ltd.
      44 Wall Street 16th Floor
      New York, New York 10005