UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENERGIZER S.A.,                                            **ECF CASE**

                    Plaintiff,                     07 Civ. 7406 (LTS)

      - against -

M/V YM GREEN, her engines, boilers and tackle *in rem*, YANG MING MARINE TRANSPORT CORP., YANGMING (UK) LTD., ALL OCEANS TRANSPORTATION INC., KAWASAKI KISEN KAISHA LTD., CONTERM HONG KONG LTD., VANGUARD LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO., LTD. and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.,

                    Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants CONTERM and VANGUARD ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:


BRENNAN INTERNATIONAL TRANSPORT, INC.; Direct Container Line Inc.; NACA; various alien corporations of similar names


| _____12/6/07_____ | S/ _____ |
|---|---|
| Date | PETER J. ZAMBITO |