KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ENERGIZER S.A., :

      Plaintiff, : Docket No. 07 CV 7406 (LTS)

  Against :

M/V YM GREEN her engines, boilers and : **RULE 7.1 STATEMENT**
Tackle *in rem*; YANG MING MARINE
TRANSPORT CORP.; YANGMING (UK) LTD.; :
ALL OCEANS TRANSPORTATION INC.;
KAWASAKI KISEN KAISHA LTD.; CONTERM :
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.; :
FIEGE GOTH CO., LTD.; and SHENZHEN
HIGH POWER TECHNOLOGY CO. LTD. :

      Defendants. :

----------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. (a private non-governmental party), certifies that no publicly held corporation owns 10% of the stock of defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.

Dated: New York, NY
   January 8, 2008

Respectfully submitted,

KARDARAS & KELLEHER, LLP
44 Wall Street
New York, NY 10005
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

By: /s/ William P. Kardaras
William P. Kardaras (WC-8835)

To:   HILL RIVKINS & HAYDEN LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006

      CICHANOWICZ CALLAN KEANE
      VENGROW & TEXTOR LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.
      and YANGMING (UK) LTD.
      61 Broadway, Suite 3000
      New York, NY 10006

      MAHONEY & KEANE
      Attorneys for Defendant
      KAWASAKI KISEN KAISHA LTD.
      111 Broadway, 10th floor
      New York, NY 10006

      DOUGHERTY RYAN GIUFFRA
      ZAMBITO & HESSION
      Attorneys for Defendant
      CONTERM HONG KONG LTD. and
      VANGUARD LOGISTICS SERVICES HONG KONG LTD.
      313 E. 38th Street
      New York, NY 10016

      LENNON MURPHY & LENNON
      Attorneys for Defendant
      FIEGE GOTH CO. LTD.
      The Greybar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170