```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ENERGIZER S.A.                                    07 CV 7406 (LTS)

                        Plaintiff,                RULE 7.1 STATEMENT

        -against-

M/V YM GREEN, her engines, boilers and
tackle in rem; YANG MING MARINE TRANSPORT
CORP.; YANGMING (UK) LTD.; ALL OCEANS
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                        Defendants.
------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendant KAWASAKI KISEN KAISHA, LTD. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of KAWASAKI KISEN KAISHA, LTD.

Dated: New York, N.Y.
       January 24, 2008

                                    _____
                                    EDWARD A. KEANE (EK 1398)