RAYMOND P. HAYDEN
JAMES A. SAVILLE, JR.
KIPP C. LELAND
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Energizer S.A.

45 Broadway
Suite 1500
New York, New York  10006
(212) 669-0600


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | | |
|---|---|---|
| ENERGIZER S.A., | : | Docket No. 07 cv 7406 (LTS) |
| Plaintiff, | : | |
| - *Against* - | : | |
| M/V YM GREEN her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. | : : : : : : : : | **ENERGIZER S.A.'S REPLY TO COUNTERCLAIM OF DEFENDANT SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.** |
| Defendants. | : | |

------------------------------------X


The Plaintiff, Energizer S.A., by and through its attorneys Hill Rivkins & Hayden LLP, as

and for its reply to the counterclaim asserted by SHENZHEN HIGH POWER TECHNOLOGY CO.

LTD. ("High Power") alleges upon information and belief as follows:

1. Paragraph 52 of the counterclaim is one to which no response is required.

2. Plaintiff denies the allegations set forth in Paragraph 53 of the Counterclaim.

3. Plaintiff denies the allegations set forth in Paragraph 54 of the Counterclaim.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4. The counterclaim fails to state a claim upon which relief maybe granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5. If Defendant High Power sustained any damage, which is denied, said damages were caused in whole or in part by Defendant's own acts of negligence and were not caused or contributed to in any manner by the fault, negligence, want of care, lack of due diligence, or breach of any warranty on the part of plaintiff.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6. If Defendant High Power sustained any damages, which is denied, said damage were caused solely by the acts or omissions of third parties for which Plaintiff is not responsible and over which Plaintiff had no control and were not caused or contributed to in any manner by the fault, negligence, want of care, lack of due diligence, or breach of any warranty on the part of Plaintiff.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7. Defendant High Power has failed to properly mitigate their damages.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8. If Plaintiff is found negligent, which is denied, any such negligence was superseded by the negligence and or other wrongful acts of Defendant High Power and/or third parties over whom plaintiff had no control and for which plaintiff is not responsible.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

9. The General Purchase Conditions negotiated, reviewed, accepted and agreed to between Energizer and Defendant High Power provide, in relevant part:

> 7. **Quality/Safety**
> . . .
> Seller [High Power] agrees to indemnify, hold harmless, and defend buyer [Energizer] from any and all claims from any person or persons for bodily injury or property damage arising directly or indirectly from the product or services provided by Seller.

10. By reason of the foregoing, to the extent that certain third parties have sustained losses, all of which is expressly denied, and are entitled to recover damages from Energizer, which is expressly denied, or Energizer becomes liable to pay for any reason, Energizer is entitled to express or implied indemnity and/or part or full contribution from Defendant High Power for such sums, together with the expenses, including but not limited to attorneys' fees and costs, incurred by Energizer in defending said claims.

## CLAIM FOR INDEMNITY AND CONTRIBUTION FROM DEFENDANTS M/V YM GREEN, ALL OCEANS TRANSPORTATION, INC., K-LINE, CONTERM HONG KONG LTD., VANGUARD LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO. LTD., YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD.

11. Plaintiff repeats and realleges every defense, admission, denial and denial of information

and belief set forth in paragraphs 1 through 10 as if set forth herein at length.

12. Defendant High Power claims to have sustained losses as a result of the fire that took place on board the M/V YM GREEN including hold no. 4 of the said vessel and intend to hold Energizer liable for any and all losses they have sustained, all of which Energizer has expressly denied.

13. To the extent Plaintiff Energizer is held liable or becomes liable to pay for the losses of Defendant High Power, all of which is expressly denied, said losses were caused directly and proximately, in whole or in part, by defendants M/V YM GREEN, ALL OCEANS TRANSPORTATION, INC., K-LINE, CONTERM HONG KONG LTD., VANGUARD LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO. LTD., YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD. reckless, negligent and improper loading, stowing, handling, carriage, keeping and caring for, transshipment, and/or consolidation of plaintiff's cargo with other cargoes, all of which were committed with knowledge that damage would probably result.

*WHEREFORE,* Plaintiff prays:

1. That the counterclaim asserted by SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. be dismissed with prejudice together with costs, disbursements and attorneys' fees.

2. That judgment be entered against defendants M/V YM GREEN, ALL OCEANS TRANSPORTATION, INC., K-LINE, CONTERM HONG KONG LTD., VANGUARD

LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO. LTD. YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD. on plaintiff's claim for indemnity and contribution.

3. Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

Dated: New York, New York
January 8, 2008

                        Respectfully submitted,

                        HILL, RIVKINS & HAYDEN LLP
                        Attorneys for Plaintiff Energizer, S.A.

                        Raymond P. Hayden (RH-5733)
                        James A. Saville, Jr. (JS-4835)
                        Kipp C. Leland (KL-0932)

                        45 Broadway
                        Suite 1500
                        New York, New York 10006
                        (212) 669-0600

29509\Energizer Reply to High Power Counterclaim