RAYMOND P. HAYDEN
JAMES A. SAVILLE, JR.
KIPP C. LELAND
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Energizer S.A.

45 Broadway
Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ENERGIZER S.A.,                         :     Docket No. 07 cv 7406 (LTS)

                Plaintiff,      :

       - Against -                     :

M/V YM GREEN her engines, boilers and   :     **ENERGIZER S.A.'S**
tackle *in rem*; YANG MING MARINE       :     **REPLY TO COUNTERCLAIM**
TRANSPORT CORP.; YANGMING (UK) LTD.;    :     **OF DEFENDANTS**
ALL OCEANS TRANSPORTATION INC.;         :     **CONTERM HONG KONG LTD.**
KAWASAKI KISEN KAISHA LTD.; CONTERM     :     **AND VANGUARD LOGISTICS**
HONG KONG LTD.; VANGUARD LOGISTICS      :     **SERVICES HONG KONG LTD.**
SERVICES HONG KONG LTD.;                :
FIEGE GOTH CO., LTD.; and SHENZHEN HIGH :
POWER TECHNOLOGY CO. LTD.               :

                Defendants.    :
------------------------------------------------X

    The Plaintiff, Energizer S.A., by and through its attorneys Hill Rivkins & Hayden LLP, as and for its reply to the counterclaim asserted by defendants Conterm Hong Kong Ltd. and Vanguard Logistics Services Hong Kong Ltd. alleges upon information and belief as follows:

1. Paragraph 30 of the counterclaim is one to which no response is required.

2. Plaintiff denies the allegations set forth in Paragraph 31 of the Counterclaim.

3. Plaintiff admits the allegations set forth in Paragraph 32 of the Counterclaim.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4. The counterclaim fails to state a claim upon which relief maybe granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5. If Defendants Conterm and/or Vanguard sustained any damage, which is denied, said damages were caused in whole or in part by Defendants' own acts of negligence and were not caused or contributed to in any manner by the fault, negligence, want of care, lack of due diligence, or breach of any warranty on the part of plaintiff.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6. If Defendants Conterm and/or Vanguard sustained any damages, which is denied, said damage were caused solely by the acts or omissions of third parties for which Plaintiff is not responsible and over which Plaintiff had no control and were not caused or contributed to in any manner by the fault, negligence, want of care, lack of due diligence, or breach of any warranty on the part of Plaintiff.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7. Defendants Conterm and/or Vanguard have failed to properly mitigate their damages.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8. If Plaintiff is found negligent, which is denied, any such negligence was superseded by the negligence and or other wrongful acts of Defendants Conterm and/or Vanguard and/or third parties over whom plaintiff had no control and for which plaintiff is not responsible.

## CLAIM FOR INDEMNITY AND CONTRIBUTION FROM DEFENDANTS M/V YM GREEN, ALL OCEANS TRANSPORTATION, INC., SHENZHEN HIGH POWER, K-LINE, FIEGE GOTH CO. LTD., YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD.

9. Plaintiff repeats and realleges every defense, admission, denial and denial of information and belief set forth in paragraphs 1 through 8 as if set forth herein at length.

10. Defendants Conterm and/or Vanguard claim to have sustained losses as a result of the fire that took place on board the M/V YM GREEN including hold no. 4 of the said vessel and intend to hold Energizer liable for any and all losses they have sustained, all of which Energizer has expressly denied.

11. To the extent Plaintiff Energizer is held liable or becomes liable to pay for the losses of Defendants Conterm and/or Vanguard, all of which is expressly denied, said losses were caused directly and proximately, in whole or in part, by defendants M/V YM GREEN, ALL OCEANS TRANSPORTATION, INC., SHENZHEN HIGH POWER TECHNOLOGY CO., LTD., K-LINE, FIEGE GOTH CO. LTD., YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD. reckless, negligent and improper manufacture, loading, stowing, handling, carriage, keeping and caring for, transshipment, and/or consolidation of plaintiff's cargo with other cargoes, all of which were committed with knowledge that damage would probably result.

*WHEREFORE,* Plaintiff prays:

1. That the counterclaim asserted by Defendants CONTERM HONG KONG LTD. and VANGUARD LOGISTICS SERVICES HONG KONG LTD. be dismissed with prejudice together with costs, disbursements and attorneys' fees.

2. That judgment be entered against defendants M/V YM GREEN, ALL OCEANS

TRANSPORTATION, INC., SHENZHEN HIGH POWER TECHNOLOGY CO., LTD., FIEGE GOTH CO. LTD., KAWASAKI KISEN KAISHA LTD., YANG MING MARINE TRANSPORT CORP. and YANGMING U.K. LTD. on plaintiff's claim for indemnity and contribution.

3. Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

Dated: New York, New York
       February 8, 2008

                            Respectfully submitted,

                            HILL, RIVKINS & HAYDEN LLP
                            Attorneys for Plaintiff Energizer, S.A.

                            _____
                            Raymond P. Hayden
                            James A. Saville, Jr.
                            Kipp C. Leland

                            45 Broadway
                            Suite 1500
                            New York, New York 10006
                            (212) 669-0600

29509\Energizer Reply to K-Line Counterclaim

TO:

Paul Keane, Esq.
Cichanowicz Callan & Keane
Attorneys for Defendants
Yang Ming Marine Transport Corp. and
Yang Ming (UK) Ltd.
61 Broadway – Suite 3000
New York, NY 10006

Edward Keane, Esq.
Mahoney & Keane
Attorneys for Defendant
Kawasaki Kisen Kaisha Ltd.
111 Broadway – 10th Floor
New York, NY 10006


Peter Zambito, Esq.
Douogherty Ryan Giuffra
  Zambito & Hession
Attorneys for Defendants
Conterm Hong Kong and
Vanguard Logistics Services
  Hong Kong Ltd.
313 East 38th Street
New York, NY 10016


Patrick Lennon, Esq.
Lennon Murphy & Lennon
Attorneys for Defendant
Fiege Goth Co., Ltd.
The Greybar Building
420 Lexington Ave. – Suite 300
New York, NY 10170


William P. Kardaras, Esq.
Kardaras & Kelleher, LLP
Attorneys for Defendant
Shenzhen High Power
  Technology Co., Ltd.
44 Wall Street
New York, NY 10005