```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ENERGIZER S.A.                                    07 CV 7406 (LTS)

                    Plaintiff,                   ANSWER TO
                                                  CROSS CLAIM
         -against-                                OF DEFENDANT
                                                  CONTERM HONG KONG LTD.
M/V YM GREEN, her engines, boilers and            AND VANGUARD LOGISTICS
tackle in rem; YANG MING MARINE TRANSPORT         SERVICES   HONG KONG
CORP.; YANGMING (UK) LTD.; ALL OCEANS             LTD. WITH AFFIRMATIVE
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,       DEFENSES
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                    Defendants.
-------------------------------------------X
```

Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers the Cross-Claim of defendants CONTERM HONG KONG LTD. and VANGUARD LOGISTICS SERVICES HONG KONG LTD. upon information and belief as follows:

FIRST: Answering defendant denies the allegations contained in paragraphs "28" and "29" of defendants CONTERM HONG KONG LTD. and VANGUARD LOGISTICS SERVICES HONG KONG LTD. Cross-Claim.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SECOND: Defendant, KAWASAKI KISEN KAISHA, LTD., repeat, reiterate and make applicable to co-defendants CONTERM HONG KONG LTD.'s and VANGUARD LOGISTICS SERVICES HONG KONG LTD.'s Cross-Claim each Separate and Complete Affirmative defense in their Answer to

plaintiff's Complaint as if specifically set forth herein at length and specifically without waiver of any jurisdictional defenses set forth in answering defendant's answer to plaintiff's Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the Cross-Claim herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendants CONTERM HONG KONG LTD. and VANGUARD LOGISTICS SERVICES HONG KONG LTD. for all sums which may be recovered by plaintiff against the defendant KAWASAKI KISEN KAISHA, LTD. and awarding KAWASAKI KISEN KAISHA, LTD. costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       February 6, 2008

                            MAHONEY & KEANE, LLP
                            Attorneys    for    Defendant
                            KAWASKAKI KISEN KAISHA

                 By: _____
                      Edward A. Keane (EK 1398)
                      111 Broadway, Tenth Floor
                      New York, New York 10006
                      (212) 385-1422
                      File No.: 12/3475/B/07/9

TO: HILL, RIVKINS & HAYDEN, LLP
    Attorneys for Plaintiff
    45 Broadway, Suite 1500
    New York, NY 10006
    (212) 669-0600

CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.'s and
YANGMING (UK) LTD CARRIERS
61 Broadway, Suite 3000
New York, NY 10006
(212) 344-7042

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG, LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 East 38th Street
New York, NY 10016
(212) 889-1288

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6070

KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055