```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.                              07 CV 7406 (LTS)

                        Plaintiff,         ANSWER TO
                                            CROSS CLAIM
          -against-                         OF DEFENDANT
                                            SHENZHEN HIGH POWER
M/V YM GREEN, her engines, boilers and      TECHNOLOGY CO. LTD.
tackle in rem; YANG MING MARINE TRANSPORT   WITH    AFFIRMATIVE
CORP.; YANGMING (UK) LTD.; ALL OCEANS       DEFENSES
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                        Defendants.
------------------------------------------X
```

Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers the Cross-Claim of defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. upon information and belief as follows:

FIRST:  Answering defendant denies the allegations contained in paragraphs "50" and "51" of defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. Cross-Claim.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SECOND:  Defendant, KAWASAKI KISEN KAISHA, LTD., repeat, reiterate and make applicable to co-defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Cross-Claim each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length and specifically without waiver of any jurisdictional defenses set forth in answering

defendant's answer to plaintiff's Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the Cross-Claim herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. for all sums which may be recovered by plaintiff against the defendant KAWASAKI KISEN KAISHA, LTD. and awarding KAWASAKI KISEN KAISHA, LTD. costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       February 6, 2008

         MAHONEY & KEANE, LLP
         Attorneys  for  Defendant
         KAWASKAKI KISEN KAISHA

    By: _____
      Edward A. Keane (EK 1398)
      111 Broadway, Tenth Floor
      New York, New York 10006
      (212) 385-1422
      File No.: 12/3475/B/07/9

TO: HILL, RIVKINS & HAYDEN, LLP
   Attorneys for Plaintiff
   45 Broadway, Suite 1500
   New York, NY 10006
   (212) 669-0600

   CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
   Attorneys for Defendants
   YANG MING MARINE TRANSPORT CORP.'s and
   YANGMING (UK) LTD CARRIERS
   61 Broadway, Suite 3000
   New York, NY 10006
   (212) 344-7042

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG, LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 East 38th Street
New York, NY 10016
(212) 889-1288

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6070

KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055