UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.

       Plaintiff,

  -against-

M/V YM GREEN, her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA, LTD., CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.

       Defendants.
------------------------------------------X

07 CV 7406 (LTS)

ANSWER TO PLAINTIFF'S CLAIM FOR INDEMNITY AND CONTRIBUTION WITH AFFIRMATIVE DEFENSES

  Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers Plaintiff's Claim for Indemnity upon information and belief as follows:

  FIRST:  Answering defendant denies the allegations contained in paragraphs "9", "10" and "11" of plaintiff's Claim for Indemnity and Contribution.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

  SECOND:  Defendant, KAWASAKI KISEN KAISHA, LTD., repeat, reiterate and make applicable to plaintiff's Claim for Indemnity each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length, and specifically without waiver of any juridictional defenses set forth in answering defendant's Answer to plaintiff's

Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the plaintiff's Claim for Indemnity and Contribution herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the plaintiff for all costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       February 6, 2008

                              MAHONEY & KEANE, LLP
                              Attorneys for Defendant
                              KAWASAKI KISEN KAISHA

                         By:  _____
                              Edward A. Keane (EK 1398)
                              111 Broadway, Tenth Floor
                              New York, New York 10006
                              (212) 385-1422
                              File No.: 12/3475/B/07/9


TO:   HILL, RIVKINS & HAYDEN, LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006
      (212) 669-0600

      CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.'s and
      YANGMING (UK) LTD CARRIERS
      61 Broadway, Suite 3000
      New York, NY 10006
      (212) 344-7042

```
DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG, LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 East 38th Street
New York, NY 10016
(212) 889-1288

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6070

KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055
```