```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.                                  07 CV 7406 (LTS)

                         Plaintiff,             ANSWER TO
                                                PLAINTIFF'S CLAIM
           -against-                            FOR INDEMNITY
                                                AND CONTRIBUTION
M/V YM GREEN, her engines, boilers and          WITH AFFIRMATIVE
tackle in rem; YANG MING MARINE TRANSPORT       DEFENSES
CORP.; YANGMING (UK) LTD.; ALL OCEANS
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                         Defendants.
------------------------------------------X
```

Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers Plaintiff's Claim for Indemnity upon information and belief as follows:

FIRST: Answering defendant denies the allegations contained in paragraphs "9", "10" and "11" of plaintiff's Claim for Indemnity and Contribution.

AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

SECOND: Defendant, KAWASAKI KISEN KAISHA, LTD., repeat, reiterate and make applicable to plaintiff's Claim for Indemnity each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length, and specifically without waiver of any juridictional defenses set forth in answering defendant's Answer to plaintiff's

Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the plaintiff's Claim for Indemnity and Contribution herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the plaintiff for all costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       February 6, 2008

                     MAHONEY & KEANE, LLP
                     Attorneys for Defendant
                     KAWASAKI KISEN KAISHA

By: _____
    Edward A. Keane (EK 1398)
    111 Broadway, Tenth Floor
    New York, New York 10006
    (212) 385-1422
    File No.: 12/3475/B/07/9

TO: HILL, RIVKINS & HAYDEN, LLP
    Attorneys for Plaintiff
    45 Broadway, Suite 1500
    New York, NY 10006
    (212) 669-0600

    CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
    Attorneys for Defendants
    YANG MING MARINE TRANSPORT CORP.'s and
    YANGMING (UK) LTD CARRIERS
    61 Broadway, Suite 3000
    New York, NY 10006
    (212) 344-7042

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION  
Attorneys for Defendant  
CONTERM HONG KONG, LTD. and  
VANGUARD LOGISTICS SERVICES HONG KONG LTD.  
131 East 38th Street  
New York, NY 10016  
(212) 889-1288  

LENNON, MURPHY & LENNON, LLC  
Attorneys for Defendant  
FIEGE GOTH CO. LTD.  
The Greybar Building  
420 Lexington Avenue, Suite 300  
New York, NY 10170  
(212) 490-6070  

KARDARAS & KELLEHER, LLP  
Attorneys for Defendant  
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.  
44 Wall Street  
New York, NY 10005  
(212) 785-5055