UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.                                          07 CV 7406 (LTS)

                           Plaintiff,         ANSWER TO
                                                        CONTINGENT
       -against-                                      COUNTER-CLAIM
                                                        OF YANG MING
M/V YM GREEN, her engines, boilers and                  MARINE TRANSPORT CORP.
tackle *in rem;* YANG MING MARINE TRANSPORT             and YANG MING (UK)
CORP.; YANGMING (UK) LTD.; ALL OCEANS                   LTD. WITH AFFIRMATIVE
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,             DEFENSES
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                          Defendants.
------------------------------------------X

       Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers the Contingent Counter-Claim of defendants YANG MING MARINE TRANSPORT CORP. and YANGMING (UK) LTD. upon information and belief as follows:

       FIRST:  Answering defendant denies each and every allegation contained in paragraphs "15", "16", "17", "18", "19", and "20 of defendants YANG MING MARINE TRANSPORT CORP.'s and YANGMING (UK) LTD.'s Contingent Counter-Claim.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

       SECOND:  Defendant, KAWASAKI KISEN KAISHA, LTD., repeats, reiterates and makes applicable to co-defendant YANG MING MARINE TRANSPORT CORP.'s and YANGMING (UK) LTD.'s Contingent Counter-Claim each Separate and Complete Affirmative defense in

their Answer to plaintiff's Complaint as if specifically set forth herein at length and specifically without waiver of any jurisdictional defenses set forth in answering defendant's Answer to plaintiff's Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the Contingent Counter-Claim herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendants YANG MING MARINE TRANSPORT CORP.'s and YANGMING (UK) LTD CARRIERS for all sums which may be recovered by plaintiff against the defendant KAWASAKI KISEN KAISHA, LTD. and awarding KAWASAKI KISEN KAISHA, LTD. costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       February 11, 2008

                         MAHONEY & KEANE, LLP
                         Attorneys   for   Defendant
                         KAWASKAKI KISEN KAISHA

               By: _____
                         Edward A. Keane (EK 1398)
                         111 Broadway, Tenth Floor
                         New York, New York 10006
                         (212) 385-1422
                         File No.: 12/3475/B/07/9

TO:  HILL, RIVKINS & HAYDEN, LLP
     Attorneys for Plaintiff
     45 Broadway, Suite 1500
     New York, NY 10006
     (212) 669-0600

CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.'s and
YANGMING (UK) LTD CARRIERS
61 Broadway, Suite 3000
New York, NY 10006
(212) 344-7042

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG, LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 East 38th Street
New York, NY 10016
(212) 889-1288

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6070

KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055