```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.                                        07 CV 7406 (LTS)

                    Plaintiff,
                                                      ANSWER TO
          -against-                                    CONTINGENT CROSS-
                                                      CLAIMS OF DEFENDANT
M/V YM GREEN, her engines, boilers and                ALL OCEANS TRANSPORT
CORP. tackle in rem; YANG MING MARINE                 WITH AFFIRMATIVE
TRANSPORT and YANG MING (UK) CORP.;                   DEFENSES
YANGMING (UK) LTD.; ALL OCEANS LTD
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                    Defendants.
------------------------------------------X
```

Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers the First Contingent Cross-Claim of defendant ALL OCEAN TRANSPORTATION, INC. upon information and belief as follows:

ANSWERING THE FIRST CONTINGENT CROSS-CLAIM
OF DEFENDANT ALL OCEAN TRANSPORTATION INC.

FIRST: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "47" of the First Contingent Cross-Claim of defendant ALL OCEAN TRANSPORTATION, INC.

SECOND: Answering defendant denies each and every allegation contained in paragraphs "48" and "49" of defendant ALL OCEANS TRANSPORTATION INC.'s First Contingent Cross-Claim.

### ANSWERING THE SECOND CONTINGENT CROSS-CLAIM OF DEFENDANT ALL OCEAN TRANSPORTATION INC.

THIRD: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "50" of defendant ALL OCEANS TRANSPORTATION INC.'s Second Contingent Cross-Claim.

FOURTH: Answering defendant denies each and every allegation contained in paragraphs "51", "52" "53", "54" and "55" of defendant ALL OCEANS TRANSPORTATION INC.'s Second Contingent Cross-Claim.

### AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

FIFTH: Defendant, KAWASAKI KISEN KAISHA, LTD., repeats, reiterates and makes applicable to defendant ALL OCEANS TRANSPORTATION INC.'s First and Second Contingent Cross-Claims each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length and specifically without waiver of any jurisdictional defenses set forth in answering defendant's Answer to plaintiff's Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand judgment dismissing the First and Second Contingent Cross-Claims herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the defendant ALL OCEANS TRANSPORTATIONINC. for all sums which may be recovered by

plaintiff against the defendant KAWASAKI KISEN KAISHA, LTD. and awarding KAWASAKI KISEN KAISHA, LTD. costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated:   New York, N.Y.
         February 11, 2008

                        MAHONEY & KEANE, LLP
                        Attorneys   for   Defendant
                        KAWASKAKI KISEN KAISHA

By: _____
     Edward A. Keane (EK 1398)
     111 Broadway, Tenth Floor
     New York, New York 10006
     (212) 385-1422
     File No.: 12/3475/B/07/9

TO:   HILL, RIVKINS & HAYDEN, LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006
      (212) 669-0600

      CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.'s and
      YANGMING (UK) LTD CARRIERS
      61 Broadway, Suite 3000
      New York, NY 10006
      (212) 344-7042

      DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
      Attorneys for Defendant
      CONTERM HONG KONG, LTD. and
      VANGUARD LOGISTICS SERVICES HONG KONG LTD.
      131 East 38th Street
      New York, NY 10016
      (212) 889-1288

      LENNON, MURPHY & LENNON, LLC
      Attorneys for Defendant
      FIEGE GOTH CO. LTD.
      The Greybar Building
      420 Lexington Avenue, Suite 300
      New York, NY 10170
      (212) 490-6070

```
KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055
```