LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DECHARLES II·

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

·ALSO ADMITTED TO DISTRICT OF
 COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
·ALSO ADMITTED TO GEORGIA
!ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209 0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)



February 19, 2008

**By Hand**
Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007


MEMO ENDORSED

Re:   Energizer v. M/V YM GREEN
      07 Civ. 7406 (LTS) (GWG)
      Our Ref.: 9017/PMK

Dear Judge Swain:

   We represent the Yang Ming defendants in the above action. We write to seek leave to file the attached Second Amended Answer to Complaint with Contingent Cross-Claims and Counter-Claim. We wrote to all counsel on February 11, 2008 informing them that if we do not receive an objection to our proposed filing of this amended pleading by close of February 15, 2008, then we will write to the Court to advise that there is no opposition. We confirm that we received no opposition from any counsel.

   Accordingly, we respectfully request that the Court memo endorse this letter, thereby allowing us to file the attached amended pleading.

   Thank you for your consideration.

*The request is granted.*

SO ORDERED.

/s/ 2/20/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

PMK/js
Enclosures

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

Paul M. Keane

RECEIVED
LAURA TAYLOR SWAIN
U.S.D.J.