KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ENERGIZER S.A., :

                Plaintiff, : 07 CV 7406 (LTS)

      Against : ECF CASE

M/V YM GREEN her engines, boilers and : **ANSWER TO CONTINGENT**
Tackle *in rem*; YANG MING MARINE **CROSS-CLAIM OF**
TRANSPORT CORP.; YANGMING (UK) LTD.; : **DEFENDANTS YANG MING**
ALL OCEANS TRANSPORTATION INC.; **MARINE TRANSPORT CORP.**
KAWASAKI KISEN KAISHA LTD.; CONTERM : **AND YANGMING (UK) LTD.**
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.; :
FIEGE GOTH CO., LTD.; and SHENZHEN
HIGH POWER TECHNOLOGY CO. LTD. :

                Defendants. :

-----------------------------------------------------------X

    Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to the Contingent Cross-Claim of Yang Ming Marine Transport Corp. ("Yang Ming Marine") and Yangming (UK) Ltd. ("Yangming (UK)") contained in the amended answer to plaintiff's complaint, alleges upon information and belief as follows:

    1. Denies the allegations contained in paragraph 45 of the Contingent Cross-Claim of defendants Yang Ming Marine and Yangming (UK).

2. Denies each and every allegation contained in paragraph 46 of the Contingent Cross-Claim of defendants Yang Ming Marine and Yangming (UK) insofar as it refers to defendant High Power, and denies knowledge or information sufficient to form a belief as to the remaining defendants.

3. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 47 of the Contingent Cross-Claim of defendants Yang Ming Marine and Yangming (UK).

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4. Defendant High Power claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that the Contingent Cross-Claim of Yang Ming Marine and Yangming (UK) be dismissed with prejudice together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
        February 28, 2008                    Respectfully submitted,

                                             KARDARAS & KELLEHER, LLP
                                             44 Wall Street
                                             New York, NY 10005
                                             Attorneys for Defendant
                                             SHENZHEN HIGH POWER
                                             TECHNOLOGY CO. LTD.

                                             By: _____
                                                 William P. Kardaras (WK-8835)

2

To:   HILL RIVKINS & HAYDEN LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006

      CICHANOWICZ CALLAN KEANE
      VENGROW & TEXTOR LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.,
      YANGMING (UK) LTD. and
      ALL OCEANS TRANSPORTATION, INC.
      61 Broadway, Suite 3000
      New York, NY 10006

      MAHONEY & KEANE
      Attorneys for Defendant
      KAWASAKI KISEN KAISHA LTD.
      111 Broadway, 10th floor
      New York, NY 10006

      DOUGHERTY RYAN GIUFFRA
      ZAMBITO & HESSION
      Attorneys for Defendant
      CONTERM HONG KONG LTD. and
      VANGUARD LOGISTICS SERVICES HONG KONG LTD.
      313 E. 38th Street
      New York, NY 10016

      LENNON MURPHY & LENNON
      Attorneys for Defendant
      FIEGE GOTH CO. LTD.
      The Greybar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On February 28, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Contingent Cross-Claim of Defendants Yang Ming Marine Transport Corp. and Yangming (UK) Ltd., by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY  10006

CICHANOWICZ CALLAN KEANE
  VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
  YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY  10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY  10006

DOUGHERTY RYAN GIUFFRA
  ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
  VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY  10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY  10170

Dated: New York, New York
       February 28, 2008

_____
Dorothy A. Donnelly