KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ENERGIZER S.A.,

                Plaintiff,  :  07 CV 7406 (LTS)

      Against  :  ECF CASE

M/V YM GREEN her engines, boilers and : **ANSWER TO PLAINTIFF'S**
Tackle *in rem*; YANG MING MARINE      **CLAIM FOR INDEMNITY**
TRANSPORT CORP.; YANGMING (UK) LTD.; : **AND CONTRIBUTION**
ALL OCEANS TRANSPORTATION INC.;
KAWASAKI KISEN KAISHA LTD.; CONTERM :
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.;              :
FIEGE GOTH CO., LTD.; and SHENZHEN
HIGH POWER TECHNOLOGY CO. LTD.        :

               Defendants.  :
-----------------------------------------------------------X

      Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to plaintiff's claim for indemnity and contribution contained in plaintiff's reply to counterclaim of defendants Yang Ming Marine Transport Corp. and Yangming (UK) Ltd. alleges upon information and belief as follows:

      1.     Denies each and every allegation contained in paragraph 12 of plaintiff's claim for indemnity and contribution.

2. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraphs 13 and 16 of plaintiff's claim for indemnity and contribution.

3. Denies each and every allegation contained in paragraphs 14 and 17 of plaintiff's claim for indemnity and contribution insofar as it refers to this defendant, and denies knowledge and information sufficient to form a belief as to any of the allegations as to the remaining defendants.

4. Denies that it has knowledge or information sufficient to form a belief as to any of the allegations contained in paragraph 15 of plaintiff's claim for indemnity and contribution, begs leave to refer to applicable agreements and further leaves all questions of law to this Honorable Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5. Defendant High Power claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that plaintiff's claim for indemnity and contribution be dismissed with prejudice, together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
      February 28, 2008

Respectfully submitted,

KARDARAS & KELLEHER, LLP
44 Wall Street
New York, NY 10005
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

By: _____
      William P. Kardaras (WK-8835)

To:    HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff
        45 Broadway, Suite 1500
        New York, NY 10006

        CICHANOWICZ CALLAN KEANE
        VENGROW & TEXTOR LLP
        Attorneys for Defendants
        YANG MING MARINE TRANSPORT CORP.,
        YANGMING (UK) LTD. and
        ALL OCEANS TRANSPORTATION, INC.
        61 Broadway, Suite 3000
        New York, NY 10006

        MAHONEY & KEANE
        Attorneys for Defendant
        KAWASAKI KISEN KAISHA LTD.
        111 Broadway, 10th floor
        New York, NY 10006

        DOUGHERTY RYAN GIUFFRA
        ZAMBITO & HESSION
        Attorneys for Defendant
        CONTERM HONG KONG LTD. and
        VANGUARD LOGISTICS SERVICES HONG KONG LTD.
        313 E. 38th Street
        New York, NY 10016
        LENNON MURPHY & LENNON
        Attorneys for Defendant
        FIEGE GOTH CO. LTD.
        The Greybar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On February 28, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Plaintiff's Claim for Indemnity and Contribution by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

CICHANOWICZ CALLAN KEANE
 VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
 YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
 ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
 VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

Dated: New York, New York
       February 28, 2008

_____
Dorothy A. Donnelly