KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ENERGIZER S.A., | : |
| Plaintiff, | : 07 CV 7406 (LTS) |
| Against | : ECF CASE |
| M/V YM GREEN her engines, boilers and Tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. | : **ANSWER TO CROSS-CLAIM OF DEFENDANTS CONTERM HONG KONG LTD. AND VANGUARD LOGISTICS SERVICES HONG KONG LTD.** |
| Defendants. | : |

------------------------------------------------------------X

Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to cross-claim of defendants Conterm Hong Kong Ltd. ("Conterm") and Vanguard Logistics Services Hong Kong Ltd. ("Vanguard") contained in the answer to plaintiff's complaint allege upon information and belief as follows:

1.  Denies each and every allegation contained in paragraphs 28 and 29 of the cross-claim of defendants Conterm and Vanguard insofar as it refers to defendant High Power, and denies knowledge or information sufficient to form a belief as to the remaining defendants.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

2.      Defendant High Power claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that the cross-claim of defendants Conterm and Vanguard be dismissed with prejudice, together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
         February 28, 2008                      Respectfully submitted,

                                                KARDARAS & KELLEHER, LLP
                                                44 Wall Street
                                                New York, NY 10005
                                                Attorneys for Defendant
                                                SHENZHEN HIGH POWER
                                                TECHNOLOGY CO. LTD.

                                                By: _____
                                                       William P. Kardaras (WK-8835)

To:    HILL RIVKINS & HAYDEN LLP
       Attorneys for Plaintiff
       45 Broadway, Suite 1500
       New York, NY  10006

       CICHANOWICZ CALLAN KEANE
       VENGROW & TEXTOR LLP
       Attorneys for Defendants
       YANG MING MARINE TRANSPORT CORP.,
       YANGMING (UK) LTD. and
       ALL OCEANS TRANSPORTATION, INC.
       61 Broadway, Suite 3000
       New York, NY  10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On February 28, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Cross-Claim of Defendants Conterm Hong Kong Ltd. and Vanguard Logistics Services Hong Kong Ltd. by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

CICHANOWICZ CALLAN KEANE
  VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
  YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
  ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
  VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

Dated: New York, New York
    February 28, 2008

_____
Dorothy A. Donnelly