KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ENERGIZER S.A.,                                     :

                          Plaintiff,                :        07 CV 7406 (LTS)

             Against                                :        ECF CASE

M/V YM GREEN her engines, boilers and              :        **ANSWER TO CONTINGENT**
Tackle *in rem*; YANG MING MARINE                           **COUNTERCLAIM OF**
TRANSPORT CORP.; YANGMING (UK) LTD.;    :        **DEFENDANTS YANG MING**
ALL OCEANS TRANSPORTATION INC.;                             **MARINE TRANSPORT CORP.**
KAWASAKI KISEN KAISHA LTD.; CONTERM  :        **AND YANGMING (UK) LTD.**
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.;                            :
FIEGE GOTH CO., LTD.; and SHENZHEN
HIGH POWER TECHNOLOGY CO. LTD.                      :

                          Defendants.               :

-----------------------------------------------------------X

        Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by

its attorneys Kardaras & Kelleher LLP, as and for its answer to contingent counterclaim of

defendants Yang Ming Marine Transport Corp. ("Yang Ming Marine") and Yangming (UK) Ltd.

("Yangming UK") contained in their amended answer to the cross-claim of defendant High Power,

alleges upon information and belief as follows:

        1.      Denies the allegations contained in paragraph 12 of the contingent counterclaim of

defendants Yang Ming Marine and Yangming (UK).

2.    Denies each and every allegation contained in paragraphs 15 and 16 of the contingent counterclaim of defendants Yang Ming Marine and Yangming (UK).

3.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraphs 13, 14 and 17 of the contingent counterclaim of defendants Yang Ming Marine and Yangming (UK)

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4.    Defendant High Power claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that the contingent counterclaim of defendants Yang Ming Marine and Yangming (UK) be dismissed with prejudice, together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
      February 28, 2008           Respectfully submitted,

KARDARAS & KELLEHER, LLP
44 Wall Street
New York, NY 10005
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

By:

William P. Kardaras (WK-8835)

To:    HILL RIVKINS & HAYDEN LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY  10006

CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1.    I am over the age of eighteen years and I am not a party to this action.

2.    On February 28, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Contingent Counterclaim of Defendants Yang Ming Marine Transport Corp. and Yangming (UK) Ltd., by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

CICHANOWICZ CALLAN KEANE
  VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
  YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
  ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
  VANGUARD LOGISTICS SERVICES HONG KONG LTD.
313 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

Dated: New York, New York
    February 28, 2008

_____
    Dorothy A. Donnelly