UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ENERGIZER S.A., :
:
      Plaintiff, :
 -Against– :
:
M/V YM GREEN her engines, boilers :  ECF CASE
and tackle in rem, YANG MING MARINE :
TRANSPORT CORP., YANGMING (UK) LTD., :  07 Civ7406 (LTS)
ALL OCEANS TRANSPORTATION INC., :
KAWASAKI KISEN KAISHA LTD., CONTERM :
HONG KONG LTD., VANGUARD LOGISTICS :
SERVICES HONG KONG LTD., FIEGE GOTH :
CO., LTD. and SHENZHEN HIGH POWER :
TECHNOLOGY CO. LTD., :
:
      Defendants. :
---------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant:

      FIEGE LTD.

Plaintiff officially changed its name from Fiege Goth Co. Limited. To Fiege Limited. A Certificate of Incorporation on Change of Name was issued on September 20, 2002.

Dated: March 20, 2008
       New York, NY

                        The Defendant,
                        FIEGE LTD. (formerly known
                        as Fiege Goth Co. Ltd.)

               By:     s/Coleen A. McEvoy
                        Coleen A. McEvoy
                        Patrick F. Lennon
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        cam@lenmur.com
                        pfl@lenmur.com