9017/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants*
YANG MING MARINE TRANSPORT CORP.,
YANGMING (UK) LTD. and ALL OCEANS
TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENERGIZER S.A.,

                            Plaintiff,

- against -

M/V YM GREEN, her engines, boilers and tackle *in rem.*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.

                            Defendants.

07 CV 7406 (LTS)

**DEFENDANT ALL OCEANS' ANSWER TO THE INDEMNITY CLAIM CONTAINED IN PLAINTIFF'S REPLY TO THE COUNTER-CLAIM OF <u>DEFENDANT FIEGE</u>**

---

Defendants All Oceans Transportation, Inc. ("All Oceans"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, hereby responds to the indemnity claim contained in plaintiff's reply to the counter-claim of defendant Fiege upon information and belief as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Denies the allegations of paragraph 2.

<u>**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**</u>

The shipments in question were carried from Hong Kong to Basel, Switzerland via Hamburg, Germany pursuant to defendant K-Line bill of lading contracts and were, therefore, subject to the Hague Visby Rules.

All Oceans claims the benefit of all exceptions, exemptions and limitations contained in the Hague Visby Rules and K-Line bill of lading to the full extent they may be applicable to them.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The shipments in question were carried pursuant to bills of lading issued by defendant K-Line and, upon information and belief, pursuant to bills of lading issued by underlying defendant Non Vessel Operating Common Carrier (NVOCC) bills of lading.

All Oceans claim the benefit of all exceptions, exemptions and limitations contained in any bills of lading issued by any VOCC or NVOCC defendants pursuant to which this cargo was carried on the basis of the Himalaya Clauses contained in such bills of lading to the full extent such provisions may be applicable to them.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Any damage that was caused to plaintiff's cargo was the direct result of an act, fault or neglect of plaintiff, its agents, suppliers, contractors, affiliates or subsidiaries and in regard to the manufacture, stowage, shifting, shipment, securing or packaging of the cargo in question.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

All Oceans is not liable under the Hague or Hague Visby Rules for any loss or damage to plaintiff's cargo as alleged in the complaint since the alleged loss or damage occurred as a result of fire and such fire was not caused by the actual fault or privity of All Oceans.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

The cargoes in question were shipped pursuant to a bill of lading contract issued by defendant K-Line which bill of lading provides that all actions and claims brought pursuant to such bill of lading shall be brought in the courts sitting in Tokyo, Japan.

All claims against All Oceans should be dismissed in favor of jurisdiction in Japan.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

The shipments in question moved from Hong Kong to Basel, Switzerland via Hamburg on a foreign flag vessel pursuant to bills of lading issued by a Japanese carrier and therefore the instant action has no connection whatsoever with the Southern District of New York and should be dismissed on the basis of forum non-conveniens.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

At all relevant times, the vessel YM GREEN was under a bareboat charter party to which All Oceans was the registered owner. Therefore, All Oceans cannot, as a matter of law, have any liability.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

This Court lacks personal jurisdiction over All Oceans.

**WHEREFORE**, All Oceans prays that the indemnity claim against them be dismissed together with costs, disbursements and attorneys' fees.

Dated: New York, New York
April 9, 2008

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
*Attorneys for Defendants*
YANG MING MARINE TRANSPORT
CORP., YANGMING (UK) LTD. and

                                                  ALL OCEANS TRANSPORTATION, INC.

                                                  By: s/ Paul M. Keane
                                                       Paul M. Keane (PMK-5934)

To:    HILL RIVKINS & HAYDEN, LLP
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600

        MAHONEY & KEANE
        111 Broadway, Floor 10
        New York, New York 10006
        (212) 385-1422

        DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
        131 E. 38th Street
        New York, New York 10016
        (212) 889-2300

        LENNON, MURPHY & LENNON, LLC
        420 Lexington Avenue, Suite 300
        New York, New York 10170
        (212) 490-6050

        KARDARAS & KELLEHER, LLP
        44 Wall Street
        New York, New York 10005
        (212) 785-5050

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On April 9, 2008, I served a complete copy of Defendant All Oceans Answer To The Indemnity Claim Contained In Plaintiff's Reply To The Counter-Claim Of Defendant Fiege, by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and mailing address:

To:   HILL RIVKINS & HAYDEN, LLP
      45 Broadway, Suite 1500
      New York, New York 10006
      (212) 669-0600

      MAHONEY & KEANE
      111 Broadway, Floor 10
      New York, New York 10006
      (212) 385-1422

      DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
      131 E. 38th Street
      New York, New York 10016
      (212) 889-2300

      LENNON, MURPHY & LENNON, LLC
      420 Lexington Avenue, Suite 300
      New York, New York 10170
      (212) 490-6050

      KARDARAS & KELLEHER, LLP
      44 Wall Street
      New York, New York 10005
      (212) 785-5050

                                              _____
                                              Jennifer Scianna

DATED:   April 9, 2008
         New York, New York