UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ENERGIZER S.A.

                     Plaintiff,

     -against-

M/V YM GREEN, her engines, boilers and tackle *in rem*; YANG MING MARINE TRANSPORT YANGMING (UK) LTD.; ALL OCEANS LTD. TRANSPORTATION INC.; KAWASAKI KISEN KAISHA, LTD., CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.

                     Defendants.
------------------------------------------X

07 CV 7406 (LTS)

ANSWER TO CROSS CLAIMS OF DEFENDANT FIEGE LTD. s/h/a FIEGE GOTH CO. LTD., WITH AFFIRMTIVE DEFENSES

      Defendant KAWASAKI KISEN KAISHA, LTD. (answering defendant) by its attorneys, MAHONEY & KEANE, LLP, answers the Cross-Claim of defendant FIEGE LTD. sued herein as FIEGE GOTH CO. LTD., (herein "FIEGE") upon information and belief as follows:

### ANSWERING FIEGE's FIRST CROSS-CLAIM

      FIRST: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of defendant FIEGE's First Cross-Claim.

      SECOND: Defendant KAWASAKI KISEN KAISHA, LTD. admits it was and is a corporation organized and existing and except as specifically set forth herein denies the allegations contained in paragraph "2" of defendant FIEGE's First Cross-Claim.

      THIRD: Answering defendant denies the allegations

contained in paragraphs "3" and "4" of defendant FIEGE's First Cross-Claim.

### ANSWERING FIEGE's SECOND CROSS-CLAIM

FOURTH: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of defendant FIEGE's Second Cross-Claim.

FIFTH: Defendant KAWASAKI KISEN KAISHA, LTD. admits it was and is a corporation organized and existing and except as specifically set forth herein denies the allegations contained in paragraph "2" of defendant FIEGE's Second Cross-Claim.

SIXTH: Answering defendant denies the allegations contained in paragraphs "3", "4" and "5" of defendant FIEGE's Second Cross-Claim.

### AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

SEVENTH: Defendant, KAWASAKI KISEN KAISHA, LTD., repeats, reiterates and makes applicable to co-defendant FIEGE LTD.'s Cross-Claims each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length and specifically without waiver of any jurisdictional defenses set forth in answering defendant's answer to plaintiff's Complaint.

WHEREFORE, defendant KAWASAKI KISEN KAISHA, LTD. demand

judgment dismissing the Cross-Claims herein, and awarding defendant KAWASAKI KISEN KAISHA, LTD. costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendant FIEGE LTD., sued herein as FIEGE GOTH CO. LTD., for all sums which may be recovered by plaintiff against the defendant KAWASAKI KISEN KAISHA, LTD. and awarding KAWASAKI KISEN KAISHA, LTD. costs, disbursements and attorneys' fees of this action, and for such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
      April 15, 2008

                      MAHONEY & KEANE, LLP
                      Attorneys for Defendant
                      KAWASKAKI KISEN KAISHA

By: _____
     Edward A. Keane (EK 1398)
     111 Broadway, Tenth Floor
     New York, New York 10006
     (212) 385-1422
     File No.: 12/3475/B/07/9

TO: HILL, RIVKINS & HAYDEN, LLP
     Attorneys for Plaintiff
     45 Broadway, Suite 1500
     New York, NY 10006
     (212) 669-0600

     CICHANOWICZ, CALLAN, KEANE, VENGROW & TESTOR, LLP
     Attorneys for Defendants
     YANG MING MARINE TRANSPORT CORP.'s and
     YANGMING (UK) LTD CARRIERS
     61 Broadway, Suite 3000
     New York, NY 10006
     (212) 344-7042

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG, LTD. and
VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 East 38th Street
New York, NY 10016
(212) 889-1288

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
FIEGE LTD. s/h/a
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6070

KARDARAS & KELLEHER, LLP
Attorneys for Defendant
SHENZHEN HIGH POWER TECHNOLOGY CO., LTD.
44 Wall Street
New York, NY 10005
(212) 785-5055