

# HILL RIVKINS & HAYDEN LLP

HILL RIVKINS

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699          e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

Via Telecopier (212) 805-4260

April 28, 2008

**MEMORANDUM ENDORSED**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

    RE:   Energizer S.A. v. M/V YM GREEN et al.
          Docket No.: 07cv7406(LTS)(GWG)
          Our File No.: 29509-RPH/JAS/KCL
          - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Magistrate Judge Gorenstein:

    We represent plaintiff in connection with the captioned action and write to request that the deadline to amend the pleadings be extended for 60 days up to and including June 15, 2008. All parties consent to and join in this request. Under the current Pre-Trial Scheduling Order, the deadline to amend pleadings expired on April 15, 2008. The undersigned has been traveling for depositions the past two weeks and was unable to submit this request prior to April 15. No previous request for extension of this deadline has been requested.

    This action arises out of the transportation of batteries in August 2006 from Hong Kong to Basel, Switzerland via Hamburg, Germany aboard the M/V YM GREEN pursuant to bills of lading issued by certain of the defendants. The batteries were designed and manufactured by defendant High Power and sold by High Power to plaintiff Energizer S.A. On or about August 6, 2006, following a port call in Singapore, a fire broke out on the vessel that included hold no. 4 resulting in a total loss of plaintiff's cargo and damage to other cargoes on the vessel.

---

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263 Fax: (916) 535-0268
e-mail: thefirm@bmlaw.com

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
April 28, 2008
Page Two

    To date, pleadings, counter-pleadings, cross-pleadings, claims, and other filed responses to claims total 55 entries on the docket, and have been filed on a continual basis by the parties throughout the following months, with the last pleading being filed on April 9, 2008. Further, given that nearly all defendants are located abroad, the defendants have experienced some delay in providing Rule 26 disclosures and therefore, the parties have not been able to fully evaluate whether all necessary parties have been joined in this action.

    Accordingly, the parties respectfully request that the time to amend the pleading be extended up to and including June 15, 2008. This extension would not affect any of the other deadlines set forth in the Pre-Trial Scheduling Order.

    We thank the Court for its attention to the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

*[signature]*

James A. Saville, Jr.

JAS/mc
29509\015Judge

CC: **Via Telecopier: (212) 344-7285**
Paul Keane, Esq.
Cichanowicz Callan Keane Vengrow & Textor LLP
Counsel for Yang Ming Marine Transport Corp.
and Yangming (UK) Ltd.
61 Broadway, Suite 3000
New York, New York 10006

**Via Telecopier: (212) 385-1605**
Ed Keane, Esq.
Mahoney & Keane
Counsel for Kawasaki Kisen Kaisha Ltd.
111 Broadway, 10th Floor
New York, New York 10006

*Granted.*

SO ORDERED:  DATE: 5/5/2008

*[signature]*
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

HILL RIVKINS