UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGIZER S.A., <br><br> Plaintiff, <br><br> -V- <br><br> M/V YM GREEN et al. <br> Defendants. | **CERTIFICATE OF MAILING** <br><br> 07 CV 7406 (LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 13th day of June, 2008

I served the

Third Party Summons & Verified Third Party Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 13th day of June, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8657 1064 3616

*J. Michael McMahon*
CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Christopher H. Mansuy*°
Garth S. Wolfson*

Jorge A. Rodriguez*+

Of Counsel
Stephen J. Murray+

*Also admitted in NJ
+Also admitted in CT
° Also admitted in PA

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*11 Hanover Square at*
*76 Beaver Street-10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*ekeane@mahoneykeane.com*

Connecticut Office.

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

June 13 2008

Mr. Michael McMahon,
Clerk of the Court

**FedEx International Air Waybill** — /0002/0025/003848l466/8

**1 From** Date 6/13/08  Sender's FedEx Account Number 1090-1361-7
Sender's Name  Phone 212 385-1422
Company MAHONEY & KEANE
Address 11 HANOVER SQ
City NEW YORK   State NY   ZIP 10005   Country US

**2 To**
Recipient's Name FIEGE
Company LOGISTICS (SWITZERLAND) LTD
Address CH 4142 Box CH-4002
City BASEL
Country SWITZERLAND

**4 Express Package Service:** FedEx Intl. Priority

**5 Packaging:** (none marked)

FedEx Tracking Number 8657 1064 3616