UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ENERGIZER S.A.                                                07 CV 7406 (LTS)

                        Plaintiff,

       -against-                                              NOTICE OF CHANGE OF
                                                                    ADDRESS
M/V YM GREEN, her engines, boilers and
tackle *in rem*; YANG MING MARINE TRANSPORT
CORP.; YANGMING (UK) LTD.; ALL OCEANS
TRANSPORTATION INC.; KAWASAKI KISEN KAISHA,
LTD., CONTERM HONG KONG LTD.; VANGUARD
LOGISTICS SERVICES HONG KONG LTD.; FIEGE
GOTH CO., LTD.; and SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

                        Defendants.
------------------------------------X

       PLEASE BE ADVISED that MAHONEY & KEANE, LLP, counsel

for the Defendant  KAWASAKI KISEN KAISHA,

LTD. has relocated their offices to:

                 11 Hanover Square
                 New York, N.Y. 10005
                 Telephone No. (212) 385-1422
                 Facsimile No. (212) 385-1605
                 e-mail lawoffices@mahoneykeane.com

Dated:  New York, N.Y.
        June 9, 2008

                                 MAHONEY & KEANE, LLP
                                 Attorneys for Defendant
                                 KAWASKAKI KISEN KAISHA

                        By:      _____
                                 Edward A. Keane (EK1398)
                                 11 Hanover Square, Tenth Floor
                                 New York, New York 10005
                                 (212) 385-1422
                                 File No.: 12/3475/B/07/9