KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| ENERGIZER S.A., | : | |
| Plaintiff, | : | 07 CV 7406 (LTS) |
| Against | : | ECF CASE |
| M/V YM GREEN her engines, boilers and Tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. | : | **ANSWER TO PLAINTIFF'S CLAIM FOR INDEMNITY AND CONTRIBUTION** |
| Defendants. | : | |

-----------------------------------------------------------X

Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to plaintiff's claim for indemnity and contribution contained in plaintiff's reply dated March 27, 2008 to the counterclaim of defendant Fiege Ltd., alleges upon information and belief as follows:

1. Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 plaintiff's claim for indemnity and contribution and otherwise leaves the plaintiff to its proof and refers all questions of law to the court.

2. Denies the allegations contained in paragraph 2 of plaintiff's claim for indemnity and contribution as to Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. but otherwise denies having knowledge and information sufficient to form a belief as to the truth of the allegations as to any other party.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3. Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint, as if set forth fully and specifically herein and incorporated herein by reference, raised insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that plaintiff's claim for indemnity and contribution be dismissed with prejudice, together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
August 5, 2008

Respectfully submitted,

KARDARAS & KELLEHER, LLP
44 Wall Street
New York, NY 10005
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

By: _____
William P. Kardaras (WK-8835)

To:  HILL RIVKINS & HAYDEN LLP
     Attorneys for Plaintiff
     45 Broadway, Suite 1500
     New York, NY 10006

     CICHANOWICZ CALLAN KEANE
     VENGROW & TEXTOR LLP
     Attorneys for Defendants
     YANG MING MARINE TRANSPORT CORP.,
     YANGMING (UK) LTD. and
     ALL OCEANS TRANSPORTATION, INC.
     61 Broadway, Suite 3000
     New York, NY 10006

     MAHONEY & KEANE
     Attorneys for Defendant
     KAWASAKI KISEN KAISHA LTD.
     11 Hanove Square, 10th floor
     New York, NY 10005

     DOUGHERTY RYAN GIUFFRA
     ZAMBITO & HESSION
     Attorneys for Defendant
     CONTERM HONG KONG LTD. and
     VANGUARD LOGISTICS SERVICES HONG KONG LTD.
     131 E. 38th Street
     New York, NY 10016

     LENNON MURPHY & LENNON
     Attorneys for Defendant
     FIEGE GOTH CO. LTD.
     The Greybar Building
     420 Lexington Ave., Suite 300
     New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On August 5, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Plaintiff's Claim for Indemnity and Contribution by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

CICHANOWICZ CALLAN KEANE
  VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
  YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
  ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
  VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

Dated: New York, New York
       August 5, 2008

_Dorothy A. Donnelly_
Dorothy A. Donnelly