KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENERGIZER S.A.,                                :

                    Plaintiff,           :           07 CV 7406 (LTS)

               Against                              :           ECF CASE

M/V YM GREEN her engines, boilers and     :           **ANSWER TO PLAINTIFF'S**
Tackle *in rem*; YANG MING MARINE                    **CLAIM FOR INDEMNITY AND**
TRANSPORT CORP.; YANGMING (UK) LTD.;  :       **CONTRIBUTION**
ALL OCEANS TRANSPORTATION INC.;
KAWASAKI KISEN KAISHA LTD.; CONTERM :
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.;                   :
FIEGE GOTH CO., LTD.; and SHENZHEN
HIGH POWER TECHNOLOGY CO. LTD.        :

                    Defendants.        :
-----------------------------------------------------------------X

      Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to plaintiff's claim for indemnity and contribution contained in plaintiff's reply dated March 10, 2008 to counterclaim of defendant All Oceans Transportation Inc., alleges upon information and belief as follows:

      1.     Denies the allegations contained in paragraph 12 of plaintiff's claim for indemnity and contribution.

2.   Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 plaintiff's claim for indemnity and contribution and otherwise leaves the plaintiff to its proof and refers all questions of law to the court.

3.   Denies the allegations contained in paragraph 14 of plaintiff's claim for indemnity and contribution as to Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. but otherwise denies having knowledge and information sufficient to form a belief as to the truth of the allegations as to any other party.

4   Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 plaintiff's claim for indemnity and contribution and otherwise leaves the plaintiff to its proof and refers all questions of law to the court.

5.   Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 plaintiff's claim for indemnity and contribution and otherwise leaves the plaintiff to its proof and refers all questions of law to the court.

6.   Denies the allegations contained in paragraph 17 of plaintiff's claim for indemnity and contribution as to Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. but otherwise denies having knowledge and information sufficient to form a belief as to the truth of the allegations as to any other party.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

7.   Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint, as if set forth fully and specifically herein and incorporated herein by reference, raised insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that plaintiff's claim for indemnity and contribution be dismissed with prejudice, together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
      August 5, 2008

Respectfully submitted,

KARDARAS & KELLEHER, LLP
44 Wall Street
New York, NY 10005
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

By: _____
     William P. Kardaras (WK-8835)

To:   HILL RIVKINS & HAYDEN LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006

      CICHANOWICZ CALLAN KEANE
      VENGROW & TEXTOR LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.,
      YANGMING (UK) LTD. and
      ALL OCEANS TRANSPORTATION, INC.
      61 Broadway, Suite 3000
      New York, NY 10006

      MAHONEY & KEANE
      Attorneys for Defendant
      KAWASAKI KISEN KAISHA LTD.
      11 Hanover Square, 10th floor
      New York, NY 10005

      DOUGHERTY RYAN GIUFFRA
      ZAMBITO & HESSION
      Attorneys for Defendant
      CONTERM HONG KONG LTD. and
      VANGUARD LOGISTICS SERVICES HONG KONG LTD.
      131 E. 38th Street
      New York, NY 10016

      LENNON MURPHY & LENNON
      Attorneys for Defendant
      FIEGE GOTH CO. LTD.
      The Greybar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170

**CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF**

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On August 5, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Plaintiff's Claim for Indemnity and Contribution by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

CICHANOWICZ CALLAN KEANE
 VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
 YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY 10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY 10006

DOUGHERTY RYAN GIUFFRA
 ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
 VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 E. 38th Street
New York, NY 10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY 10170

Dated: New York, New York
       August 5, 2008

_____
Dorothy A. Donnelly