KARDARAS & KELLEHER LLP
44 Wall Street
New York, NY 10005
(212) 785-5050
Attorneys for Defendant
SHENZHEN HIGH POWER
TECHNOLOGY CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ENERGIZER S.A., | : |
| Plaintiff, | :    07 CV 7406 (LTS) |
| Against | :    ECF CASE |
| M/V YM GREEN her engines, boilers and Tackle *in rem*; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ALL OCEANS TRANSPORTATION INC.; KAWASAKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. | :    **ANSWER TO CROSS-CLAIMS OF DEFENDANT FIEGE LTD.** |
| Defendants. | : |

-------------------------------------------------------------X

Defendant SHENZHEN HIGH POWER TECHNOLOGY CO. LTD. ("High Power"), by its attorneys Kardaras & Kelleher LLP, as and for its answer to the Cross-Claims of Defendant Fiege Ltd. formerly known as and sued herein as Fiege Goth Co. Ltd. (hereinafter "Fiege") contained in its Omnibus Answer dated March 20, 2008 to plaintiff's complaint, alleges upon information and belief as follows:

1. Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the First Cross-Claim of Defendant Fiege.

2. Admits so much of paragraph 2 of the First Cross-Claim of Defendant Fiege as it relates to Defendant High Power but otherwise denies having knowledge and information sufficient to form a belief as to the truth of the allegations as to any other party.

3. Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the First Cross-Claim of Defendant Fiege

4. Denies each and every allegation contained in paragraph 4 of the First Cross-Claim of Defendant Fiege insofar as it refers to defendant High Power, and otherwise denies having knowledge or information sufficient to form a belief as to the truth of the allegations regarding any other party.

5. Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Second Cross-Claim of Defendant Fiege.

6. Admits so much of paragraph 2 of the Second Cross-Claim of Defendant Fiege as it relates to Defendant High Power but otherwise denies having knowledge and information sufficient to form a belief as to the truth of the allegations as to any other party.

7. Denies having knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Second Cross-Claim of Defendant Fiege

8. Denies each and every allegation contained in paragraph 4 of the Second Cross-Claim of Defendant Fiege insofar as it refers to defendant High Power, and otherwise denies having knowledge or information sufficient to form a belief as to the truth of the allegations regarding any other party.

9. Denies each and every allegation contained in paragraph 5 of the Second Cross-Claim of Defendant Fiege insofar as it refers to defendant High Power, and otherwise denies having

knowledge or information sufficient to form a belief as to the truth of the allegations regarding any other party.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

10. Defendant High Power claims the benefit of all defenses raised by co-defendants and plaintiff in its response to cross-claims and counterclaims as well as its defenses set forth in its answer to plaintiff's complaint, as if set forth fully and specifically herein and incorporated herein by reference, raised insofar as said defenses may be applicable to defendant High Power.

WHEREFORE, Defendant High Power prays that the Cross-Claims of Fiege Ltd. be dismissed with prejudice together with costs, disbursements and attorney's fees and for such other and additional relief as to the Court may seem just and proper.

Dated: New York, NY
      August 5, 2008

                            Respectfully submitted,

                            KARDARAS & KELLEHER, LLP
                            44 Wall Street
                            New York, NY 10005
                            Attorneys for Defendant
                            SHENZHEN HIGH POWER
                            TECHNOLOGY CO. LTD.

                            By: _____
                                  William P. Kardaras (WK-8835)

To:   HILL RIVKINS & HAYDEN LLP
      Attorneys for Plaintiff
      45 Broadway, Suite 1500
      New York, NY 10006

      CICHANOWICZ CALLAN KEANE
      VENGROW & TEXTOR LLP
      Attorneys for Defendants
      YANG MING MARINE TRANSPORT CORP.,
      YANGMING (UK) LTD. and
      ALL OCEANS TRANSPORTATION, INC.
      61 Broadway, Suite 3000
      New York, NY 10006

      MAHONEY & KEANE
      Attorneys for Defendant
      KAWASAKI KISEN KAISHA LTD.
      11 Hanover Square, 10th floor
      New York, NY 10005

      DOUGHERTY RYAN GIUFFRA
      ZAMBITO & HESSION
      Attorneys for Defendant
      CONTERM HONG KONG LTD. and
      VANGUARD LOGISTICS SERVICES HONG KONG LTD.
      131 E. 38th Street
      New York, NY 10016

      LENNON MURPHY & LENNON
      Attorneys for Defendant
      FIEGE GOTH CO. LTD.
      The Greybar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On August 5, 2008, I served a complete copy of SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.'s Answer to Cross-Claims of Defendant Fiege Ltd. by regular U.S. mail and/or by ECF, to the following attorneys at their respective ECF registered address and/or at the following address:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY  10006

CICHANOWICZ CALLAN KEANE
  VENGROW & TEXTOR LLP
Attorneys for Defendants
YANG MING MARINE TRANSPORT CORP.,
  YANGMING (UK) LTD. and
ALL OCEANS TRANSPORTATION, INC.
61 Broadway, Suite 3000
New York, NY  10006

MAHONEY & KEANE
Attorneys for Defendant
KAWASAKI KISEN KAISHA LTD.
111 Broadway, 10th floor
New York, NY  10006

DOUGHERTY RYAN GIUFFRA
  ZAMBITO & HESSION
Attorneys for Defendant
CONTERM HONG KONG LTD. and
  VANGUARD LOGISTICS SERVICES HONG KONG LTD.
131 E. 38th Street
New York, NY  10016

LENNON MURPHY & LENNON
Attorneys for Defendant
FIEGE GOTH CO. LTD.
The Greybar Building
420 Lexington Ave., Suite 300
New York, NY  10170

Dated: New York, New York
       August 5, 2008

_____
Dorothy A. Donnelly