DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendants
CONTERM HONG KONG LTD. and VANGUARD LOGISTICS
SERVICES HONG KONG LTD.
131 East Thirty-Eighth Street
New York, N.Y.  10016
(212) 889-2300
PETER J. ZAMBITO (9362 PZ)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ENERGIZER S.A., | **ECF CASE** |
| Plaintiff, | 07 Civ. 7406 (LTS) |
| - against - | |
| M/V YM GREEN, her engines, boilers and tackle *in rem*, YANG MING MARINE TRANSPORT CORP., YANGMING (UK) LTD., ALL OCEANS TRANSPORTATION INC., KAWASAKI KISEN KAISHA LTD., CONTERM HONG KONG LTD., VANGUARD LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO., LTD. and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD., | **ANSWER TO CONTINGENT CROSSCLAIMS** |
| Defendants. | |

-------------------------------------------------------------X

     Defendants, CONTERM HONG KONG LTD. (hereinafter "CONTERM") and VANGUARD LOGISTICS SERVICES HONG KONG LTD. (hereinafter "VANGUARD"), as and for their Answer to defendant YANG MING MARINE TRANSPORT CORP.'S (hereinafter "YANG MING") Contingent Crossclaims allege upon information and belief as follows:

     1. Defendants CONTERM and VANGUARD repeat and reallege each and every paragraph set forth in their Answers to Complaint, Crossclaims, Contingent Crossclaims,

Counterclaims and all pleadings affecting CONTERM and VANGUARD with the same force and effect as if set forth here at length.

2.  Denies the allegations contained in paragraphs 46 and 47 of the Contingent Crossclaim and denies having sufficient knowledge or information to form a belief as to the co-defendants.

## ANSWERING THE SECOND CONTINGENT CROSSCLAIM

3.  Defendants CONTERM and VANGUARD repeat and reallege each and every paragraph set forth in their Answers to Complaint, Crossclaims, Contingent Crossclaims, Counterclaims and all pleadings affecting CONTERM and VANGUARD with the same force and effect as if set forth here at length.

4.  Denies having sufficient knowledge or information to form a belief as to the allegations contained in paragraphs 49, 50 and 53 of the Contingent Crossclaim.

5.  Denies the allegations contained in paragraphs 51 and 52 of the Contingent Crossclaim and denies having sufficient knowledge or information to form a belief as to the co-defendants.

## FOR A FIRST, SEPARATE AND COMPLETE DEFENSE

6.  CONTERM and VANGUARD adopt all defenses raised in their Answers previously filed, as well as all defenses raised by co-defendants insofar as applicable.

WHEREFORE, defendants CONTERM and VANGUARD demand judgment to dismiss the Contingent Crossclaims, together with the costs, disbursements and reasonable counsel fees and for such other or different relief as to this Court may be just in the premises.

Dated:  New York, New York
         September 12, 2008

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendants
CONTERM HONG KONG LTD. and VANGUARD LOGISTICS SERVICES HONG KONG LTD.

S/ _____
   PETER J. ZAMBITO   (9362 PZ)

OFFICE & P.O. ADDRESS:
131 East Thirty Eighth Street
New York, N.Y. 10016
(212) 889-2300