DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
Attorneys for Defendants
CONTERM HONG KONG LTD. and VANGUARD LOGISTICS
SERVICES HONG KONG LTD.
131 East Thirty-Eighth Street
New York, N.Y.  10016
(212) 889-2300
PETER J. ZAMBITO (9362 PZ)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENERGIZER S.A.,

                     Plaintiff,

- against -

M/V YM GREEN, her engines, boilers and tackle *in rem*, YANG MING MARINE TRANSPORT CORP., YANGMING (UK) LTD., ALL OCEANS TRANSPORTATION INC., KAWASAKI KISEN KAISHA LTD., CONTERM HONG KONG LTD., VANGUARD LOGISTICS SERVICES HONG KONG LTD., FIEGE GOTH CO., LTD. and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.,

                     Defendants.
------------------------------------------------------------X

**ECF CASE**

07 Civ. 7406 (LTS)

**ANSWER TO PLAINTIFF'S CLAIM FOR INDEMNITY AND CONTRIBUTION**

      Defendants, CONTERM HONG KONG LTD. (hereinafter "CONTERM") and VANGUARD LOGISTICS SERVICES HONG KONG LTD. (hereinafter "VANGUARD"), as and for their Answer to plaintiff's Claim for Indemnity and Contribution allege upon information and belief as follows:

      1. Defendants CONTERM and VANGUARD repeat and reallege each and every paragraph set forth in their Answers to Complaint, Crossclaims, Contingent Crossclaims,

Counterclaims and all pleadings affecting CONTERM and VANGUARD with the same force and effect as if set forth here at length.

2. Denies having sufficient knowledge or information to form a belief as to the allegations contained in paragraphs 13, 15 and 16 of plaintiff's Claim for Indemnity and Contribution.

3. Denies the allegations contained in paragraphs 14 and 17 of plaintiff's Claim for Indemnity and Contribution and denies having sufficient knowledge or information to form a belief as to the co-defendants.

FOR A FIRST, SEPARATE AND COMPLETE DEFENSE

4. CONTERM and VANGUARD adopt all defenses raised in their Answers previously filed, as well as all defenses raised by co-defendants insofar as applicable.

WHEREFORE, defendants CONTERM and VANGUARD demand judgment to dismiss plaintiff's Claim for Indemnity and Contribution, together with the costs, disbursements and reasonable counsel fees and for such other or different relief as to this Court may be just in the premises.

Dated: New York, New York
       September 12, 2008

>DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
>   Attorneys for Defendants
>   CONTERM HONG KONG LTD. and VANGUARD
>   LOGISTICS SERVICES HONG KONG LTD.
>
>   S/ _____
>   PETER J. ZAMBITO     (9362 PZ)
>
>   OFFICE & P.O. ADDRESS:
>   131 East Thirty Eighth Street
>   New York, N.Y.  10016
>   (212) 889-2300