UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ECF
07 CV 7406 (LTS)
08 CV 6950 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09

ENERGIZER, S.A.,

          Plaintiff,

- against -

M/V YM GREEN, etc., et al.,

          Defendants.

WARTA INSURANCE, et al.,

          Plaintiffs,

- against -

M/V YM GREEN, etc., et al.,

          Defendants.

NOTICE OF MOTION OF DEFENDANTS, YANG MING MARINE TRANSPORT CORP., YANG MING (U.K.) LTD., AND ALL OCEANS TRANSPORTATION INC., TO DISMISS OR STAY INDEMNITY AND CONTRIBUTION CROSSCLAIMS BETWEEN THEM- SELVES AND CODEFENDANT, KAWASAKI KISEN KAISHA LTD.

The undersigned will move this Court before the Hon. Laura Taylor Swain, U.S.D.J., at the Courthouse at 500 Pearl Street, New York, New York for an order pursuant to Chapter 2 of the Federal Arbitration Act at 9 U.S.C. for an order dismissing or staying all contribution and indemnity claims, crossclaims, and counterclaims, however denominated, between moving defendants, YANG MING MARINE TRANSPORT CORP., YANG MING (U.K.) LTD., and ALL OCEANS TRANSPORTATION INC., and

1

This motion (Docket # 108) is dismissed as moot in light of the stipulation of partial dismissal (docket #115)

SO ORDERED:   DATE: 10/1/2009

Cabiliw Db
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE