UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/09
```

-----------------------------------------------------------X
ENERGIZER S.A.,                              :

                Plaintiff,        :           07civ. 7406 (LTS)(GWG)
-v-                                          :

M/V YM GREEN et al.,                         :

                Defendant.        :
-----------------------------------------------------------X
WARTA INSURANCE ET AL.,                      :

                Plaintiffs.       :
-v-                                          :           08 civ. 6950 (LTS)(GWG)

M/V YM GREEN et al.,                         :

                Defendants.       :
-----------------------------------------------------------X

## GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDE

1.    The Pre-Trial Scheduling Order dated January 24, 2008 in 07 Civ. 7406 (Docket #25) shall govern both of the above-referenced cases and is hereby amended as follows:

    The deadline in paragraph 2.a is extended to April 30, 2010.

    The deadline in paragraph 2.c is extended to October 29, 2010.

    The deadline in paragraph 3 is extended to November 30, 2010.

    The final Pre-Trial Conference before Judge Swain, as described in paragraph 9, is adjourned to _February 4, 2011 at 10:00am_

2.    All other provisions of the Pre-Trial Scheduling Order remain in effect.

SO ORDERED:

3. The parties shall contact the undersigned if and when they are prepared to have the Court hold a settlement conference

Dated: December 2, 2009

                                          Gabriel W. Gorenstein
                                          United States Magistrate Judge